# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Gerardo Gutierrez-Navarrete,<br>a.k.a.: Gerardo Gutierrez Navarrete,<br>(A 099 826 454)<br>*Defendant* | )<br>)<br>) Case No. 16-505MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 7, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Gerardo Gutierrez-Navarrete, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about November 18, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Kathy J. Lemke

☒ Continued on the attached sheet.

*Complainant's signature*

Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 14, 2016

*Judge's signature*

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 7, 2016, Gerardo Gutierrez-Navarrete was booked into the Maricopa County Jail (MCJ) intake facility by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Gutierrez-Navarrete was examined by ICE Officer J. Collazo who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On October 13, 2016, Gutierrez-Navarrete was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Gutierrez-Navarrete was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Gerardo Gutierrez-Navarrete to be a citizen of Mexico and a previously deported criminal alien. Gutierrez-Navarrete was removed from the United States to Mexico at or near El Paso, Texas, on or about November 18, 2014, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Gutierrez-Navarrete in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the

1

Department of Homeland Security to return to the United States after his removal. Gutierrez-Navarrete's immigration history was matched to him by electronic fingerprint comparison.

4. On October 13, 2016, Gerardo Gutierrez-Navarrete was advised of his constitutional rights. Gutierrez-Navarrete freely and willingly acknowledged his rights and declined to make any further statements.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about October 7, 2016, Gerardo Gutierrez-Navarrete, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about November 18, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 14th day of October, 2016.

Michelle H. Burns,
United States Magistrate Judge